

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 24, 2022

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: *United States v. Dominic Pineda, et al*, 22 Cr 337

Dear Judge Davison:

      The Government respectfully requests that the docket in the above-referenced case be unsealed as the defendants have been arrested and will be presented in the Eastern District of Virginia later today.

So ordered 6/24/22

                                          Respectfully Submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                              by: /s/ Courtney Heavey
                                 Courtney Heavey
                                 Assistant United States Attorney
                                 (212) 637-2413