UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

DOMINIC PINEDA

                    Defendant.
------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 337 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the January 6, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  March 17, 2023
         White Plains, New York

                                                    Respectfully submitted,

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge

March 17, 2023

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge