# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

March 25, 2024

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Pineda (Dominic Pineda)
Dist. Dkt.: 7:22-CR-00337-1-KMK

Dear Judge Karas:

I was counsel for Defendant Dominic Pineda in the above matter, assigned to this matter pursuant to the Criminal Justice Act.

I write to the Court requesting that Seán McCabe, an associate in my firm Anderson Kill, be authorized to work on this matter, at the $120/hour rate, *nunc pro tunc*, to the date of my assignment by Hon. Judith C. McCarthy, United States Magistrate Judge.

I have reviewed the work that was done in this case, it was necessary to the zealous representation of the client, and the total number of hours that I am seeking approval for is 22.5.

If you have any questions, please do not hesitate to contact me. I have attached the resume of Sean McCabe to this request. I thank the Court for its consideration.

Granted.
So Ordered.
3/25/24

Best regards,

Samuel M. Braverman

SMB
Enclosure